**Order filed, April 24, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00076-CR

_____

**NATHANIEL  LAMONT WIGGINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1560332**

## ORDER

The reporter's record in this case was originally due March 16, 2020.  *See* Tex. R. App. P. 35.1.  On March 18, 2020, this court granted the court reporters request for extension of time to file the record until April 16, 2020.  To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order Tammy Adams, the  court reporter, to file the record in this appeal **on or before** May 15, 2020**. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c). If  Tammy Adams does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain.